| | | | |
|---|---|---|---|
| | AUSA: Terrence Haugabook | Telephone: (313) 226-9100 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Eric Miller | Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
  v.
Derrius Coleman

Case: 2:26−mj−30250
Assigned To : Unassigned
Case No.   Assign. Date : 5/1/2026
Description: CMP USA V.
COLEMAN (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 11, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Miller, Special Agent (A.T.F.)
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ May 1, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. Kimberly G. Altman, U. S. Magistrate Judge
_____
*Printed name and title*

## **AFFIDAVIT**

I, Eric Miller, being duly sworn, depose and state the following:

## I.   **INTRODUCTION**

1.     I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since June 2018. I am currently assigned to the Detroit Field Division Group 1. I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a Special Agent, I served fourteen years as a federal law enforcement officer and investigator with the Department of Homeland Security, U.S. Customs and Border Protection.  I have a Bachelor of Arts in Criminal Justice and a Bachelor of Arts in Psychology from Michigan State University.  During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, criminal street gangs, and other state and federal offenses

2.     During my employment with ATF, I have participated in numerous investigations of criminal violations relating to firearms, violent crime, and narcotics. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various investigative methods, including electronic

surveillance, visual surveillance, search warrants, and the utilization of confidential informants.

3.     I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience.

4.     ATF is currently conducting a criminal investigation concerning Derrius COLEMAN. (DOB: XX/XX/2000, for violation of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.     PROBABLE CAUSE

5.     I reviewed a computerized criminal history and the Michigan Department of Corrections records for COLEMAN, which revealed the following felony arrests and convictions:

      a. On or about September 28, 2022, COLEMAN was arrested by the Farmington Hills Police Department for one felony count of burglary.  On or about March 28, 2023, in the 6th Circuit Court, COLEMAN pleaded guilty to one felony count of breaking and entering a building with intent and one felony count of attempted

motor vehicle-unlawful driving away. COLEMAN was sentenced to 181 days in jail.

b. On or about October 24, 2023, COLEMAN was arrested by the Oak Park Department of Public Safety for one felony count of Burglary and one felony count of a stolen vehicle. On or about April 11, 2024, in the 6th Circuit Court, COLEMAN pleaded guilty to one felony count of breaking and entering a building with intent and three felony counts of motor vehicle-unlawful driving away. COLEMAN was sentenced to 61 days in jail and 2 years' probation.

c. On or about February 13, 2024, COLEMAN was arrested by the Lansing Police Department for two felony counts of weapons offense. On or about June 11, 2025, COLEMAN pleaded guilty to one felony count of possession of a firearm by a convicted felon and one felony count of controlled substance possession. COLEMAN was sentenced to 247 days in jail.

d. On or about September 19, 2024, COLEMAN was arrested by the Detroit Police Department for one felony count of robbery. On or about October 10, 2024, in the 36th District Court COLEMAN's charges were bound over to the 3rd Circuit Court.

3

On or about March 7, 2025, COLEMAN was sentenced to 2 years and 6 months' probation with the Michigan Department of Corrections.

6.      Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the multitude of his felony convictions and the previous conviction of being a felon in possession of a firearm, there is probable cause to believe that COLEMAN is aware of his status as a convicted felon.

7.      On April 11, 2026, at approximately 10:44 p.m., Detroit Police Department (DPD) officers on patrol observed COLEMAN in the area of Somerset Avenue and Morang Avenue in Detroit, Michigan.  DPD officers attempted to speak to COLEMAN, who is known to them from previous encounters.  DPD officers noted COLEMAN was very quiet and was keeping his distance from officers before immediately turning the right side of his body away.  The DPD officer, who had prior contact with COLEMAN, recognized this behavior as being out of the norm for COLEMAN.

8.      As the officers exited their vehicle to approach COLEMAN, COLEMAN fled on foot inside a store located at 11200 Morang.  Officers chased COLEMAN through the store on foot and observed COLEMAN appear to pull an

object out of his coat pocket. COLEMAN was eventually detained in a back room of the store. DPD officers searched the back room and recovered a loaded Glock, model 17, 9mm pistol, on a shelf near where COLEMAN was eventually detained.

9.     On April 30, 2025, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Glock 17 handgun. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## III.   CONCLUSION

10.     Probable cause exists to believe that Derrius COLEMAN, a convicted felon aware of his felony convictions and status as a felon, did knowingly and intentionally possess in and affecting interstate commerce, a Glock model 17, 9mm handgun, in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about April 11, 2026, in Detroit, Michigan, in the Eastern District of Michigan.

Respectfully submitted,

_____
Eric Miller, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

May 1, 2026

5